IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE BURNING GLASS INSTITUTE<br>Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  2:25-cv-01539 |
| | : | |
| BURNING GLASS INTERNATIONAL,<br>INC. and ECONOMIC MODELING, LLC<br>Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of September 2025, upon considering defendants' motions to dismiss or transfer (DI 24, 25), plaintiff's response (DI 29), defendants' replies (DI 30, 31), following oral argument held on July 7, 2025, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant Economic Modeling, LLC's motion to dismiss (DI 25) is **GRANTED**.

2. Defendant Economic Modeling, LLC is **dismissed** as a party pursuant to Rule 12(b)(1).

3. Defendant Burning Glass International, Inc.'s motion to dismiss or in the alternative, transfer (DI 24) is **GRANT IN PART** and **DENIED IN PART** as explained in the accompanying memorandum.

4. The Clerk of Court shall **transfer** the case to the United States District Court for the District of Idaho pursuant to the first-filed rule and § 1404(a).

5. The Clerk of Court shall **close** this case in this District.

_____
MURPHY, J.